FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SA10-112 M |
|---|---|---|
| Plaintiff, | ) | ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B) |
| vs. | ) | |
| Yang, Billy | ) | (Alleged Violation of Conditions of Pretrial Release) |
| Defendant. | ) | |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __Lorenz, SDCA__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A) (X) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) ( ) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

_____

_____

and

(2)

    (A)  ( )  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( )  that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)  (X)  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)  ( )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

    ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(X)  IT IS ORDERED that the defendant be detained prior to trial.

DATED: __3/12/10__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE